

NUMBER 13-11-00497-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MIRTA RAMOS, INDIVIDUALLY, AS SPOUSE
OF FRANCISCO VELASQUEZ JR. AND AS
NEXT FRIEND OF Z. M. V., A. M. V., E. J. V.,
A. J. V. AND M. F. V., MINOR CHILDREN OF
FRANCISCO VELASQUEZ JR., DECEASED,                    Appellant,

v.

TEXAS DEPARTMENT OF PUBLIC SAFETY,                    Appellee.

On Appeal from the 332nd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on September 30, 2011. On

November 7, 2011, the Clerk of the Court notified appellant that the brief had not been

timely filed and that the appeal was subject to dismissal for want of prosecution under

Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the notice, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file her brief, or file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
21st day of December, 2011.